450 A.2d 198

Commonwealth v. Mitchell, Appellant.
Petition for Allowance of Appeal
Denied Dec. 28, 1982.

 Submitted June 23, 1981. Tom M. Close, for appellant; Gaele McLaughlin Barthold, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, CAVANAUGH and BECK, JJ.

Order denying post conviction relief is hereby affirmed.